**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **GARNET DIGITAL, LLC** | § | |
| | § | |
| **V.** | § | **CASE NO. 6:13-cv-642** |
| | § | **(Lead Case for Consolidation)** |
| **YAMAHA CORPORATION OF AMERICA** | § | |
| | § | |

**FINAL JUDGMENT**

Pursuant to the Orders granting the parties' Joint Motions to Dismiss, the Court hereby enters Final Judgment. Plaintiff Garnet Digital LLC ("Garnet") filed suit against 18 Defendants in this case on September 9, 2013. Since that time, all Defendants have been dismissed: Yamaha Corporation of America (Docket No. 104); DISH Network L.L.C. (Docket No. 105); Dish Network Corporation (Docket No. 105); Netgear, Inc. (Docket No. 106); Seagate Technology LLC (Docket No. 107); D&M Holdings U.S., Inc. (Docket No. 92); Denon Electronics (USA), LLC (Docket No. 92); Marantz America, LLC (Docket No. 92); DIRECTV (Docket No. 99); DirecTV Holdings, LLC (Docket No. 99); DIRECTV, LLC (Docket No. 99); Logitech Inc. (Docket No. 44); Onkyo U.S.A. Corporation (Docket No. 57); Panasonic Corporation of North America (Docket No. 43); Pioneer Electronics (USA) Inc. (Docket No. 56); Tivo, Inc. (Docket No. 96); Western Digital Technologies, Inc. (Docket No. 21); and D-Link Systems, Inc. (Docket No. 50).

It is therefore **ORDERED**, **ADJUDGED** and **DECREED** that the parties take nothing and that all pending motions are **DENIED AS MOOT**. All costs are to be borne by the party that incurred them.

It is further **ORDERED**, **ADJUDGED** and **DECREED** that all claims, counterclaims, and third-party claims in the instant suit be **DISMISSED** in their entirety.

The Clerk of the Court is directed to close this case.

**So ORDERED and SIGNED this 4th day of August, 2014.**

**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**